UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | MAGISTRATE NO. |
| : | (UNDER SEAL) |
| v. : | |
| : | VIOLATION: 18 U.S.C. §1546(a) |
| ADRIANA PRIMITIVA AREVALO : | |
| TORRES, : | (Fraud and Misuse of Visas) |
| also known as ADRIANA GARCIA : | |
| Defendant. : | |
| : | |

GOVERNMENT'S MOTION FOR AN
ORDER TO SEAL THE INFORMATION, COMPLAINT,
AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND COMPLAINT,
THIS MOTION AND THE COURT'S ORDER TO SEAL

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves the Honorable Court for entry of an Order sealing the information, complaint, affidavit in support of arrest warrant and complaint, as well as this Motion and this Court's Order sealing these matters, and in support thereof states as follows:

Because this visa fraud investigation is continuing, disclosure of the information, complaint, and affidavit in support of arrest warrant and complaint will jeopardize the progress of the investigation. The need to preserve the integrity of an ongoing investigation clearly is a legitimate prosecutorial reason upon which this Court may base an order to seal the requested documents. See Matter of Sealed Affidavits(s) to Search Warrants, 600 F.2d 1256, 1257 (9th Cir. 1979) ("[T]he Courts have inherent power, as incident of their constitutional function, to control papers filed with the courts within certain constitutional and other limitations."); United States v. Hubbard, 650 F.2d 293, 316, n.84 (D.C. Cir. 1980). See also Fed. R. Crim. P. 6(e)(4) (indictment may be kept secret until defendant is in custody); United States v. Sharpe, 995 F.2d 49, 52, (5th Cir.

1993) (court has discretion to seal an indictment "for any legitimate prosecutorial objective or where the public interest otherwise requires it." (Internal citation omitted.)).  There is, therefore, a compelling governmental and public interest in maintaining the information, complaint and arrest warrant affidavit under seal.  See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir. 1991).

As alleged in the information, complaint, and affidavit in support of arrest warrant and complaint, the defendant is a Colombian national charged with presenting immigration documents containing false statements.  As of this date, agents from the United States Department of State are continuing to investigate this matter in an effort to identify individuals who knowingly assisted the defendant in preparing and submitting immigration documents containing false statements and other individuals who knowingly submitted immigration documents containing false statements similar to those presented by the defendant.  The public disclosure of the information, complaint and affidavit in support of arrest warrant and complaint at this time could jeopardize these efforts.  We respectfully submit that the desire to identify other individuals involved in this and similar visa fraud schemes constitutes a legitimate prosecutorial reason, and thus an appropriate basis, for an Order sealing the requested documents.

In addition, because the defendant's location remains unknown, any capture of the defendant may require a cooperative effort between the governments of the United States and Colombia, including various governmental agencies and law enforcement authorities in both countries.  For this reason, we request that the sealing Order permit disclosure of the sealed documents to any persons, including governmental personnel or agents and law enforcement officials

in this country, Colombia, and in any other country, to further investigate this offense or to capture the defendant.

WHEREFORE, the United States of America respectfully requests that this Honorable Court issue and Order sealing the information, complaint, affidavit in support of arrest warrant and complaint, as well as sealing this motion and its proposed Order sealing these matters until further order of this Court, except as noted above.

                                                Respectfully submitted,
KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By:    PERHAM GORJI
        ASSISTANT U.S. ATTORNEY
        Delaware Bar No. 3737
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-8822
        perham.gorji@usdoj.gov