UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| | : | MAGISTRATE NO. 06-0269M-01 (CR) |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. §1546(a) |
| ADRIANA PRIMITIVA AREVALO TORRES, | : | |
| | : | (Knowingly Presenting an Immigration |
| also known as ADRIANA GARCIA | : | Document Containing a False Statement) |
| Defendant. | : | |
| | : | (UNDER SEAL) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about March 1, 2006, outside any particular state or district, that is, within the nation of Colombia and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, the defendant, ADRIANA PRIMITIVA AREVALO TORRES, also known as Adriana Garcia, did knowingly present to an immigration officer a nonimmigrant visa application which contained a false statement, that is, that at the time of the application, the defendant was employed by MAPFRE, when in fact she was not so employed.

(**Knowingly Presenting an Immigration Document Containing a False Statement**, in violation of Title 18, United States Code, Section 1546(a))

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        Bar No. 451-058

        _____
By:    PERHAM GORJI
        ASSISTANT U.S. ATTORNEY
        Delaware Bar No. 3737
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-8822