UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CRIMINAL NO.  06-164 (GK) |
| | : | |
| | : | MAGISTRATE NO. 06-0269M-01 (CR) |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. §1546(a) |
| | : | |
| **ADRIANA PRIMITIVA AREVALO TORRES,** | : | (Fraud and Misuse of Visas) |
| | : | |
| **also known as ADRIANA GARCIA** | : | (UNDER SEAL) |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO DISMISS AND UNSEAL CASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court to dismiss the above-captioned case, without prejudice, and that the record in this case be unsealed.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,
KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar No. 451-058

_____
By:    PERHAM GORJI
ASSISTANT U.S. ATTORNEY
Delaware Bar No. 3737
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-8822
perham.gorji@usdoj.gov