UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 06-164 (GK) |
| | : | |
| | : | MAGISTRATE NO. 06-0269M-01 (CR) |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. §1546(a) |
| | : | |
| ADRIANA PRIMITIVA AREVALO TORRES, | : | (Fraud and Misuse of Visas) |
| also known as ADRIANA GARCIA | : | |
| Defendant. | : | (UNDER SEAL) |
| | : | |

## ORDER

The Court having considered the Government's Motion to Dismiss and Unseal Case, and upon finding it appropriate to do so, it is ORDERED this _____ day of _____ 2006, that the above-captioned case be dismissed without prejudice and that the record in this case be unsealed.

_____
JUDGE Gladys Kessler
United States District Court
for the District of Columbia

copies to:

Perham Gorji
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530