UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 06-164 (GK) |
| : | MAGISTRATE NO. 06-0269M-01 (CR) |
| v. : | VIOLATION: 18 U.S.C. §1546(a) |
| ADRIANA PRIMITIVA AREVALO : | (Fraud and Misuse of Visas) |
| TORRES, : | |
| also known as ADRIANA GARCIA : | (UNDER SEAL) |
| Defendant. : | |

FILED
AUG 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

The Court having considered the Government's Motion to Dismiss and Unseal Case, and upon finding it appropriate to do so, it is ORDERED this 9th day of August 2006, that the above-captioned case be dismissed without prejudice and that the record in this case be unsealed.

JUDGE Gladys Kessler
United States District Court
for the District of Columbia

copies to:

Perham Gorji
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530