AO442(Rev. 12/85) Warrant for Arrest

06-164(GK)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

ADRIANA PRIMITIVIA AREVALO TORRES
a/k/a   ADRIANA GARCIA
DOB: 6/17/81


Un-SEALED

WARRANT FOR ARREST

FILED
AUG 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06-269-M-01

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ADRIANA PRIMITIVA AREVALO TORRES a/k/a ADRIANA GARCIA

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly possess documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is, a non-immigrant visa application, knowing said documents to be altered.

in violation of Title __18__ United States Code, Section(s) Section 1546 (a) .

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

District of Columbia

JUN 1 2 2006
Date and Location

Signature of Issuing Officer

Bail fixed at $ _____   by _____
                                      Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

quashed 8-10-06