AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

ADRIANA PRMITIVA AREVALO TORRES
DOB: 6/17/81

## CRIMINAL COMPLAINT

CASE NUMBER: **06 - 2 6 9 - M - 0 1**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge

and belief. On or about ___MARCH 1, 2006___ in ___WASHINGTON___ county, in the _____ District of

___COLUMBIA___ defendant(s) did, (Track Statutory Language of Offense)

knowingly possess documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is, a non-immigrant visa application, knowing said documents to be altered.

in violation of Title ___18___ United States Code, Section(s) _____1546(a)_____.

I further state that I am ___SPECIAL AGENT JASON T. MEIXNER___, and that this complaint is

based on the following facts:

### SEE ATTACHED AFFIDAVIT IN SUPPORT OF ARREST WARRANT

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

Signature of Complainant
S/A JASON T. MEIXNER
UNITED STATES DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE

Sworn to before me and subscribed in my presence,

JUN 1 2 2006                      at        Washington, D.C.
Date                                                  City and State

JOHN M. FACCIC.
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
    :
v.    :    MAGISTRATE NO.
    :
ADRIANA PRIMITIVA AREVALO    :    **06 - 269 - M - 01**
TORRES,    :
also known as ADRIANA GARCIA    :
Defendant.    :
    :

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND COMPLAINT

1. I am a Special Agent of the United States Department of State, Diplomatic Security Service (hereinafter "DSS"), and am assigned to the Washington Field Office, located in Dunn Loring, Virginia. I have been employed as a Special Agent with DSS since January 2005. Prior to that time, I was a Special Agent with the Office of Immigration and Customs Enforcement (hereinafter "ICE") in New York, New York. I am empowered to investigate criminal violations of the laws governing the issuance of passports, visas, and other travel documents utilized to transit international borders. I also investigate criminal acts involving malfeasance of United States Government employees involved in the issuance of United States visas, possession or use of counterfeit or altered visas, and the unlawful solicitation of United States Government employees to engage in the illegal issuance of United States visas. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program, and I have received specialized training in the investigation of visa and passport fraud.

2. This affidavit is in support of an arrest warrant and criminal complaint charging Adriana Primitiva Arevalo Torres, DPOB 06/17/1981, Bogotá, Colombia, Passport AJ687253 (Colombia),

with unlawfully and knowingly presenting an immigration document containing a false statement, in violation of Title 18 United States Code Section 1546.

3. The information contained in this affidavit is based on my personal knowledge, observations and interviews conducted during the course of this investigation, information conveyed to me by other law enforcement officials and my review of records, documents and other physical evidence obtained during the investigation. This affidavit contains information necessary to support probable cause for this application. This affidavit does not intend to include every fact and matter observed by me or known by the government; however, no information known to me that would tend to negate probable cause has been withheld from this affidavit.

4. On or about March 1, 2006, Adriana Primitiva Arevalo Torres submitted a fraudulent application to the Consul General at the U.S. Embassy in Bogotá, Colombia, for the purpose of obtaining a B2 visa.[1] In her visa application, Ms. Arevalo Torres stated that she is currently employed by MAPFRE, a multi-national financial services corporation in Bogotá, Colombia. The Fraud Prevention Unit (FPU) at the United States embassy in Bogotá, Colombia verified through MAPFRE Human Resources that Adriana Primitiva Arevalo Torres never appeared on the MAPFRE payroll as an employee and that Adriana Primitiva Arevalo Torres does not have a contract with MAPFRE.

5. On March 13, 2006 Adriana Primitiva Arevalo Torres arrived at Miami International Airport from Bogotá, Colombia to connect to an onward flight to Las Vegas, Nevada with her son Brayan Daniel Arevalo Torres. Record checks indicate that Ms. Arevalo Torres listed the address of 148 Alterra Drive, Las Vegas, Nevada on an I-94 immigration document, affirmed on March 13,

---

[1] A U.S. embassy issues a B2 visa abroad to nonimmigrant aliens who wish to enter the United States for pleasure and tourism purposes.

06 - 269 - M - 01

2006, as the address of intended stay while in the United States. This information contradicts what Ms. Arevalo Torres stated on the original visa application in Bogotá that Ms. Arevalo Torres intended to travel to the Holiday Inn in Miami and Orlando. Furthermore, Ms. Arevalo Torres stated in the original visa application that she planned to travel with her alleged husband, Jimmy Ernesto Garcia Rubiano, to the United States. Database record checks indicate that Jimmy Ernesto Garcia Rubiano has never traveled to the United States, and Mr. Rubiano's visa has since been revoked for making false statements on his original visa application filed at the same time as Ms. Arevalo Torres.

6. Venue is proper in the District of Columbia under Title 18, Section 3238 of the United States Code because the offense occurred in Colombia, Ms. Arevalo Torres has not yet been arrested, and her current residence remains unknown.

7. Based upon the foregoing, your affiant submits there is probable cause to believe that on or about March 1, 2006, Adriana Primitiva Arevalo Torres did unlawfully and knowingly present an immigration document, that is, an application for a nonimmigrant (B1/B2) visa, containing a false statement, in violation of Title 18, Section 1546 of the United States Code.

Jason T. Meixner
Special Agent
Diplomatic Security Service
U.S. Department of State

JUN 12 2006

Sworn to and subscribed before
me this _____ day of June 2006.

UNITED STATES MAGISTRATE JUDGE
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE